

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable B. T. Walters
County Auditor
Smith County
Tyler, Texas

Dear Sir:

Opinion No. O-5382
Re: Does the commissioners'
court of Smith County have
the authority to expend
county funds to cover costs
of qualifying county em-
ployees as notaries public?

Your request for opinion upon the above stated ques-
tion has been received and carefully considered by this de-
partment.

We quote from 11 Texas Jurisprudence, Counties,
pages 563-4-5, as follows:

". . . Counties, being component parts of
the state, have no powers or duties except those
which are clearly set forth and defined in the
constitution and statutes. The statutes have
clearly defined the powers, prescribed the duties,
and imposed the liabilities of the commissioners'
courts, the medium through which the different
counties act, and from those statutes must come
all the authority vested in the counties. . . .

". . . Commissioners' courts are courts of
limited jurisdiction in that their authority ex-
tends only to matters pertaining to the general
welfare of their respective counties and that their
powers are only those expressly or impliedly con-
ferred upon them by law,--that is, by the consti-
tution and statutes of the state. . . ."

There is no law authorizing counties to expend coun-
ty funds for the purposes inquired about. Our State Constitu-
tion also inhibits donations and gratuities by counties from

public funds.  Article III, Section 52, Texas Constitution, reads in part as follows:

"The Legislature shall have no power to authorize any county . . . to lend its credit or to grant public money or thing of value in aid of, or to any individual, association or corporation whatsoever. . . ."

We answer your question in the negative.

APPROVED JUN 15, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:db


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN